## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No.  09-cv-00897-PAB-BNB

PETER ARNOLD,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    On May 14, 2009, defendant Wells Fargo Bank, N.A. filed a motion to dismiss [Docket No. 8] plaintiff's complaint [Docket No. 2].  On June 3, 2009, plaintiff filed an amended complaint [Docket No. 12].

    Thus, as of June 3, 2009, the operative pleading is the amended complaint.  Defendant's motion to dismiss is therefore directed at an inoperative, superseded pleading.  *See*, *e.g.*, *Gilles v. United States,* 906 F.2d 1386, 1389 (10th Cir. 1990) ("[A] pleading that has been amended under Rule 15(a) supersedes the pleading it modifies . . . .") (internal quotation marks omitted)*.*  As such, the motion to dismiss is moot.  Therefore, it is

    **ORDERED** that defendant's motion to dismiss [Docket No. 8] is DENIED without prejudice as moot.

    DATED June 10, 2009.