IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00897-PAB-BNB

PETER ARNOLD,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff Peter Arnold's Unopposed Motion to Modify Expert Deadlines in Scheduling Order** [docket no. 41, filed September 9, 2009] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 28, 2009**, and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 28, 2009**.

DATED:  September 9, 2009