IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00897-PAB-BNB

PETER ARNOLD,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

_____

## ORDER
_____

This matter arises on **Plaintiff Peter Arnold's Unopposed Motion for leave to File Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)** [Doc. # 64, filed 12/7/2009] (the "Motion to Amend").

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing Plaintiff Arnold's Second Amended Complaint [Doc. # 64-2].

Dated December 10, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge