IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00897-PAB-BNB

PETER ARNOLD,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

---

## ORDER

---

This matter arises on **Wells Fargo Bank, N.A.'s Motion to Amend Scheduling Order** [Doc. # 72, filed 12/31/2009] (the "Motion for Extension").  The defendant requests that the discovery cut-off be extended by 60 days; the dispositive motion deadline be extended approximately ten days after the close of discovery; and the defendant be allowed to file its answer, affirmative defenses, and counterclaims now, but without prejudice to a determination of its motion to dismiss the amended complaint.  I held a hearing on the Motion for Extension this afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Extension [Doc. # 72] is GRANTED, as follows:

(1)  The defendant is granted leave to file its answer, affirmative defenses, and counterclaim(s), if any, on or before **January 15, 2010**, and without prejudice to the determination of its motion to dismiss;

(2)  The case schedule is modified to the following extent:

- Discovery cut-off: **March 4, 2010**

- Dispositive motion deadline: **March 15, 2010**

- The pretrial conference set for March 18, 2010, at 8:30 a.m., is VACATED and RESET to **May 17, 2010, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall prepare a proposed final pretrial order and submit it to the court on or before **May 12, 2010**.

Dated January 11, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge