IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00897-PAB-BNB

PETER ARNOLD,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

---

## ORDER

---

This matter arises on the plaintiff's **Withdrawal of Combined Motion for Sanctions for Failure to Comply With a Court Order and Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 37** [Doc. # 85, filed 1/15/2010] (the "Motion to Withdraw"). The plaintiff seeks to withdraw Plaintiff Peter Arnold's Combined Motion for Sanctions for Failure to Comply With a Court Order and Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 37 [Doc. # 79] (the "Combined Motion")

IT IS ORDERED that the Motion to Withdraw [Doc. # 85] is GRANTED.

IT IS FURTHER ORDERED that the Combined Motion [Doc. # 79] is DENIED as having been withdrawn.

Dated January 15, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge