IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00897-PAB-BNB

PETER ARNOLD,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order**
[docket no. 103, filed April 1, 2010] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as
follows:

| | |
|---|---|
| Discovery Cut-off: | **April 26, 2010**; |
| Dispositive Motion Deadline: | **May 7, 2010**. |

DATED:  April 2, 2010