IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00897-PAB-BNB

PETER ARNOLD,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

_____

### ORDER
_____

This matter arises on the **Unopposed Motion to Amend Scheduling Order** [Doc. # 122, filed 6/9/2010] (the "Motion"). The parties request that the dispositive motion deadline be extended to a date after the determination of the pending Motion to Enforce Settlement Agreement which is set for hearing on June 30, 2010. Good cause having been shown:

IT IS ORDERED that the Motion [Doc. # 122] is GRANTED. The dispositive motion deadline of June 16, 2010, is VACATED, to be reset at a later date if necessary.

Dated June 10, 2010.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge