IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00897-PAB-BNB

PETER ARNOLD,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the **Suggestion of Bankruptcy** [docket no. 131, filed July 1, 2010],

IT IS ORDERED that the Pretrial Conference set for July 19, 2010, is **VACATED**.

DATED: July 13, 2010